ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                                PAGE 1

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

*Courtney O. Hunt*
**Plaintiff**

**FILED**

DEC 0 9 2008

DAVID CREWS, CLERK
By *Joanne Bentelson*
Deputy

**v.**

**CASE NO.** *1:08CV284-M-A*

*Lee County Sheriffs Department*
**Defendant**

### PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name: *Courtney Orlandus Hunt*

   B. Name under which sentenced: *Courtney Orlandus Hunt*

   C. Inmate identification number: *13130*

   D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): *510 North Commerce Street Tupelo Mississippi 38801*

   E. Place of confinement: *Tupelo Lee County Adult Jail*

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name: *Jim H. Johnson*

   Title (Superintendent, Sheriff, etc.): *Sheriff*

   Defendant's mailing address (street or post office box number, city, state, ZIP): *510 North Commerce Street Tupelo Mississippi 38804*

| | |
|---|---|
| Name: | *Tony Carleton* |
| Title (Superintendent, Sheriff, etc.): | *Commissioner Of Correction* |
| Defendant's mailing address (street or post office. box number, city, state, ZIP) | *510 North Commerce Street* *Tupelo Mississippi 38804* |
| Name: | *Dorthy McDaniel* |
| Title (Superintendent, Sheriff, etc.): | *Head Nurse* |
| Defendant's mailing address (street or post office box number, city, state, ZIP) | *510 North Commerce Street* *Tupelo Mississippi 38804* |
| Name: | *Region III* |
| Title (Superintendent, Sheriff, etc.): | *Mental Health Center* |
| Defendant's mailing address (street or post office box number, city, state, ZIP) | *2434 South Eason BLVD.* *Tupelo Mississippi 38804* |

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3.  Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment?  ☐ Yes  ☑ No

4.  If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

    A. Parties to the lawsuit:

        Plaintiff(s): _____

        Defendant(s): _____

    B. Court: _____  C. Docket No.: _____

    D. Judge's Name: _____  E. Date suit filed: _____

    F. Date decided: _____  G. Result (affirmed, reversed, etc.): _____

5.  Is there a prisoner grievance procedure or system in the place of your confinement?  ☐ Yes  ☑ No

6.  If "Yes," did you present to the grievance system **the same facts and issues** you allege in this complaint? (See question 9, below).  ☐ Yes  ☐ No

7.  If you checked "Yes" in Question 6, answer the following questions:

A. Does the grievance system place a limit on the time within which a grievance must be presented?   ☐ Yes    ☐ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed?   ☐ Yes    ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)    PAGE 4

> **Special Note:** Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

9. Write below, as briefly as possible, the **facts** of your case. Describe how **each** Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

Each Defendant is involved in my Case, because Region III, is a Mental Health Center, where I have been a Psych Patient, for many years. Now they have new Doctors, and new Therapists, who refuses to pull my Mental, + Medical Records, and refuses to give me, my Psych Medication. Region III Therapists comes to Tupelo Lee County Adult Jail, to see Psych Patients, but the Therapist that came to see me today, 12-4-08, refuses to give me his name. He told me to just put Region III in the space, where it asks, for the Defendant's name.

   Dorthy McDaniels refuses to let me see a speciallist, about my irritated, and aggravated Scalp. She also refuses to let me see a speciallist about my Head Aches, and Dizziness, and she refuses to let me see a speciallist about my Back.

ND MISS. FORM P3. COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                    PAGE 5

10.    State **briefly** exactly what you want the court to do for you. Do not make legal arguments. Do
       not cite legal authority.

Since I am Mentally Retarded, Demintia Retarded,
Traumatic Brain Injury, Personality Disorder,
Scalp Lessions, Learning Disability, Deformed
Of my Left and Right Feet, Drug Abuse, and
a Back Problem, I would like for the court,
to make the Defendants pay me 5
Billion Dollars in Cash. Because Tupelo
Lee County Adult Jail, and Region III Mental
Health Center, has caused my damages to
be worst, and I would like to be sent
to a Retarded Home, out of the State
of Mississippi, in Florida, instead of being
sent to the Mississippi Department Of Correct-
ions, for my Accessary To Armed Robbery
Charge, from July 21st 2008, because 2 Males
MasterMinded me, to Arm Rob a lady, at a
Store.

This Complaint was executed at (location):   Tupelo Lee County Adult Jail

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 12-4-08                              Courtney O. Hunt
                                           Plaintiff's Signature

RECEIVED

DEC 0 3 2008

UNITED STATES DISTRICT COURT

Page
①

Continueation Of Question ⑨ 12-1-08
I am Courtney Orlandus Hunt, Social
Security # 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.
I received your mail today, concerning
filing a lawsuit against the Social Security
Administration.
Now I would like to file a lawsuit on
Tupelo Lee County Adult Jail, because I
am a Psych patient. I suppose to be on
my Psych medication, at all times. If I
am not on my Psych medication, then I
hear voices, I'm Paranoid, I have bad
dreams, I can't sleep good, I stay de-
pressed, I think I have special powers,
I masterbate alot, and I see things,
when I am not on my medication.
I just came from a Mental Institut-
ion, in Meridian Mississippi, called East
Mississippi Correctional Facility, in July
13th 2008, this year. You can call them,
and ask them, was I on Psych medication,
when I was locked up, and they will tell
you yes.
Tupelo Lee County Adult Jail refuses
to let me see the Psychologist, at
Region III Mental Health Center, in Tupelo
Mississippi. I told them, that I need my
medication, real bad, because I am
not Courtney Orlandus Hunt, without
my Psych medication.
I been in Tupelo Lee County Adult Jail,
since July 21st 2008, this year. I have
been off of my medication, for a long time. LOOK
on
BACK

Page
②

Since then, because they want let me see the Psychologist. I have filled sick call forms out, and I have seen the nurse, and a therapist, who came over here from Region III Mental Health Center. I told them, that I hear voices, I see things, I am paranoid, I have bad dreams, I can't sleep good, I think I have special powers, and I masterbate alot. I told them, that I need my Psych medication, because I haven't had it, since I been in this jail. They are making me suffer real bad.

I also want to file a lawsuit against Tupelo Lee County Adult Jail, because my charge partner Victer Ewin ~~Jon~~ jumped on me, when we came to jail. It was about 2 days later, after we got arrested, when he jumped on me, on the Rec. Yard. He hit me several of times, in my head, where I had Traumatic Brain Injury at. He hit me with some mega blows. I am still dizzy from his mega blows. My head just throbbs, and aches in pain. My head aches will not go away. The nurse just put some Band Aids on my elbows, where I was skinned up at, the most. She didn't do nothing, about my head.

I also want to file a lawsuit on Tupelo Lee County Adult Jail, because of my back. My back hurts me all the time. I can't hardly bend over. If I bend over, then I can't stay bent over long. If I do, then I can't get back up quick. I have had problems out of my

## Continueation Of Question ⑨

back, every since my severe car accident, in 1989. But Tupelo Lee County Adult Jail, has made my back hurt woest, then what it was, because I had to sleep on the steal bench, for 2 days, when I first came to jail, because the jail was over crouded, there was no room, in the back, where they had beds, and matresses. But when I did go to the back, the officers took my matress everyday, at 6:00 AM, until 10:30 P.M. rackdown time, for 21 days straight, because they say that this was a punishment. But this is cruel, and un-usual punishment, because I had to put my back on the steal bunks, from 6:00 AM. until 10:30 P.M, for 21 days straight. My back is damaged from this cruel, and unusual punish-ment.

I also want to file a lawsuit on Tupelo Lee County Adult Jail, because I have Scalp Lessions, and they want let me see a speciallist, like a dermintologist about my scalp. My scalp peals, and bleeds constant-ly. My scalp is unsanitary to other inmates, because I use their hair clippers. Blood be all on my sheets, and pillow cases, from my scalp Lessions. This is unsanitary also, because my sheets, and pillow cases, and cloths is washed, with other inmates. I have Chronic Itchings also, and my cloths are washed with other inmates also. Inmates, has jumped on me, because I get my hair look back

Page
(4)

cut before them, Knowing that they got to come right behind me, and get their hair cut. The County, or the State Want allow us to have stuff to clean the hair Clippers with. So this all Starts trouble. Can you please help me with this matter?

Sincerely Yours:

Courtney O. Hunt

S.S.# 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